UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA D. WIGGINS and JAMES D. WIGGINS, individually and as a marital community,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign insurance company, in its capacity as administrator of HANFORD ENVIRONMENTAL WELFARE TRUST NO. LK0960119, a legal entity,<br><br>    Defendant. | NO. CV-05-5110-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On June 14, 2006, the parties filed a joint Stipulation and Order of Dismissal (Ct. Rec. 12). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 20th day of June, 2006.

                s/Robert H. Whaley
             ROBERT H. WHALEY
       Chief United States District Judge

C:\Temp\notes6030C8\~3717417.wpd

**ORDER DISMISSING COMPLAINT** * 1